# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 19 MM 2022

Respondent

v.

TORIANO CHAZ GOLDMAN,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of May, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.